Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

**VA 2-461-981**

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Slice Of Life Miami Florida |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | December 30, 2024 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051907 |

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-461-965

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rays Music Exchange |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | December 18, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

---

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051906 |

**Correspondence:** Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-461-955

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Jackie Treehorn Film Productions |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | October 19, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051903 |

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-461-964

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Negative Ghostrider |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | June 12, 2019 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| • **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051905 |

**Correspondence:** Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-461-960

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Nakatomi Corporation Christmas Party |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 23, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051904 |

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-461-938

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

## Title

**Title of Work:** Bates Motel Open 24 hours

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** September 22, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Christian John Kendall dba Candywrap Design
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Christian John Kendall dba Candywrap Design
Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom

## Rights and Permissions

**Name:** Christian John Kendall
**Email:** contact@candywrapdesign.com
**Address:** Marlinspike, 6 Samares Avenue, St Clement
Jersey JE2 6NY United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 19, 2025
**Applicant's Tracking Number:** CK2025051902

Page 1 of 2

**Correspondence:** Yes

