**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHRISTIAN JOHN KENDALL,

      Plaintiff,                              Case No.: 1:26-cv-03038

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | A133 |
| 2 | ZQYNKH |
| 3 | WU BEI WEI Art |
| 4 | ZHHI SHOP |
| 5 | WZLPH |
| 6 | Jane Wu |
| 7 | SPPsrthree |
| 8 | QIU QIU Wall art |
| 9 | Sky stickers customized |
| 10 | SING sticker |
| 11 | Deco Sticker |
| 12 | delicate gift one |
| 13 | NanArtCrafts |
| 14 | Sign CCV |
| 15 | Beloved Art SHOP |
| 16 | POOKER New Wall Art Collection |
| 17 | Las cosas buenas |
| 18 | Quality Blanket Shop |
| 19 | WEI kkt |
| 20 | XH Art Decoration |
| 21 | AlchemyStream |
| 22 | supermarket oneone |
| 23 | Will pray and bless |

1

| 24 | SunnyNookHome |
|----|---------------|
| 25 | Tee Emporium |
| 26 | Aureno Fashion |
| 27 | LINWENCC |
| 28 | Yo Glod Tshirt |
| 29 | ExquisiteEcoShop |
| 30 | ThreadAlchemy |
| 31 | Ang Yuan |
| 32 | ALBAAY |
| 33 | LUSCINIAA |
| 34 | Flat flowers |
| 35 | Timewirer |
| 36 | damaijiaabcdd |
| 37 | HAOFHU |
| 38 | VERIS VIGOR |
| 39 | NC M BR |
| 40 | NCOOHRD |
| 41 | DingshengWan |
| 42 | WDSS |
| 43 | STRUCTURE BEAUTY |
| 44 | Dafu is me |
| 45 | EasyPeasy |
| 46 | MI GLASSWARE |
| 47 | Fudala |
| 48 | WeePlayAAJK |
| 49 | FYYWBABT local |
| 50 | MatKing |
| 51 | CC Homeshop |
| 52 | Zesteew |
| 53 | Kaled |
| 54 | Vivian D Home Pad |
| 55 | Floormagic |
| 56 | The Rug Edit |
| 57 | MUSHROOM DIAN |
| 58 | ZIBAO PILLOW |
| 59 | Woven Warmth |
| 60 | TT MATS LAND |
| 61 | lomenyone |

| 62 | Zailin Life |
|----|-------------|
| 63 | JYN Homeshop |
| 64 | smartseleone |
| 65 | Trending Terrace |
| 66 | Damfsty |
| 67 | luxe one |
| 68 | WJLAAST |
| 69 | FOYEAH |
| 70 | Group consumer price |
| 71 | EverCart |
| 72 | Global Textile Hut |
| 73 | PTDAMAISHOP |
| 74 | Xiaobaitu Bag Shop |
| 75 | Dumpling Floor |
| 76 | NovelPage |
| 77 | pra |
| 78 | AaronMarco |
| 79 | A Companion Cup |
| 80 | Tribwear |
| 81 | ArtSnooze |
| 82 | Altverse |
| 83 | FCX Xiaoye |
| 84 | rezky.umaeroh |
| 85 | gorat80 |
| 86 | adilt2 |
| 87 | arimay_54 |
| 88 | mazingtees.shop |
| 89 | nerdoutloudpod |
| 90 | geekzmerch |
| 91 | nemoshirt |
| 92 | mazezy.com |
| 93 | batesmotel.store |