**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christian John Kendall

                                                        Plaintiff,

v.                                                                      Case No.:
                                                                        1:26–cv–03038
                                                                        Honorable Jeremy C.
                                                                        Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                        Defendant.

_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 18, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: There is no indication on the docket that the plaintiff has served the defendant within 90 days of filing the complaint. See Fed. R. Civ. P. 4(m). Failure to serve the defendant and provide proof of service on or before July 6, 2026, will result in dismissal of the complaint. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.