AO 121 (Rev. 06/16)

| TO: |  | REPORT ON THE |
|-----|--|---------------|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** |  | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF | DEFENDANT |
|---|---|
|  |  |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 |  |  |
| 4 |  |  |
| 5 |  |  |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |  |
|---|---|---|---|---|
|  | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 |  |  |
| 2 |  |  |
| 3 | . |  |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No |  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights

2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights

3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court

5) Case File Copy

Exhibit 1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-461-981

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

## Title _____

| | |
|---|---|
| **Title of Work:** | Slice Of Life Miami Florida |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | December 30, 2024 |
| **Nation of 1st Publication:** | United Kingdom |

## Author _____

| | |
|---|---|
| **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions _____

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification _____

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051907 |

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

# VA 2-461-965

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Rays Music Exchange |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | December 18, 2016 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051906 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-461-955**

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

---

## Title

**Title of Work:** Jackie Treehorn Film Productions

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 19, 2017
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Christian John Kendall dba Candywrap Design
  **Author Created:** 2-D artwork
  **Citizen of:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** Christian John Kendall dba Candywrap Design
Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom

## Rights and Permissions

**Name:** Christian John Kendall
**Email:** contact@candywrapdesign.com
**Address:** Marlinspike, 6 Samares Avenue, St Clement
Jersey JE2 6NY United Kingdom

## Certification

**Name:** David Denholm
**Date:** May 19, 2025
**Applicant's Tracking Number:** CK2025051903

Page 1 of 2

**Correspondence:**   Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## VA 2-461-964

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

## Title
___

|  |  |
|---|---|
| **Title of Work:** | Negative Ghostrider |

## Completion/Publication
___

|  |  |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | June 12, 2019 |
| **Nation of 1st Publication:** | United Kingdom |

## Author
___

|  |  |
|---|---|
| **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant
___

|  |  |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
|  | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions
___

|  |  |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
|  | Jersey JE2 6NY United Kingdom |

## Certification
___

|  |  |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051905 |

Page 1 of 2

**Correspondence:** Yes



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-461-960**

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

## Title

| | |
|---|---|
| **Title of Work:** | Nakatomi Corporation Christmas Party |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | November 23, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design |
| | Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement |
| | Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051904 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

# VA 2-461-938

**Effective Date of Registration:**
May 19, 2025
**Registration Decision Date:**
September 09, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Bates Motel Open 24 hours |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 22, 2017 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| **Author:** | Christian John Kendall dba Candywrap Design |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United Kingdom |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Christian John Kendall dba Candywrap Design<br>Marlinspike, 6 Samares Avenue, St Clement, Jersey, JE2 6NY, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Christian John Kendall |
| **Email:** | contact@candywrapdesign.com |
| **Address:** | Marlinspike, 6 Samares Avenue, St Clement<br>Jersey JE2 6NY United Kingdom |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | May 19, 2025 |
| **Applicant's Tracking Number:** | CK2025051902 |

Page 1 of 2

**Correspondence:** Yes



**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Christian John Kendall

                                        Plaintiff,

v.                                                    Case No.:
                                                      1:26–cv–03038
                                                      Honorable Jeremy C.
                                                      Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 6, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the Notice of Voluntary Dismissal [13], this case is dismissed without prejudice. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.